UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COYKENDALL, | ) | Case No. 1:15 CV 10000 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| HONEYWELL INTERNATIONAL, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

Counsel for the remaining parties have notified the Court that they have reached a settlement in this case and that they agree the Complaint should be dismissed with prejudice. Therefore, this case is dismissed with prejudice. Each party to bear its own costs. The parties have thirty days to file additional documents memorializing the settlement, if they so choose. IT IS SO ORDERED.

    /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED:   October 20, 2017